"A"

In the United States District Court

For the District of Rhode Island
(Form mailed ________, ~~198~~ 2005)

[redacted] 05 3385

JOSEPH M. BOTELHO
P.O. Box 8274
CRANSTON, RHODE ISLAND 02920

/Enter above the full mane of the plaintiff or plaintiffs in this action. /

v.- Civil Action No. ____________

ASHBEL T. WALL
DIRECTOR
ADULT CORRECTIONAL INSTITUTION
CRANSTON, RHODE ISLAND 02920
/Enter above the full name of the defendant or defendants in this action/

1.- Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes /__/ No /✓/

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ______________________

Defendants: ______________________

______________________

______________________

2. Court /if federal court, name the district; if state court, name the county/: ______________________

3. Docket number: ______

4. Name judge to whom case was assigned: ______

5. Disposition /for example: Was the case dismissed? Was it appealed? Is it still pending?/: ______

6. Approximate date of filing law suit: ______

7. Approximate date of disposition: ______

II. Place of Present Confinement: ______

A. Did you present the facts relating to your complaint to The Warden or any of the prison officials?
Yes [✓] No [ ]

B. If your answer is YES:

1. What steps dis you take? WROTE to INMATE ACCOUNTS WROTE to MR. MAROCCO, GRIVENCE BOARD,

2. What was the result? GRIVENCE DENIED by WARDEN AND By DIRECTOR level 2 over 8 Months NO Answer.

C. If your answer is NO, explain why not: ______

III. Parties

/In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any./

A. Name of plaintiff JOSEPH M. BOTELHO

/ In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants./

B. Defendant ASHBEL T. WALL is employed as DIRECTOR ADULT CORRECTIONAL INSTITUTION, CRANSTON, R.I 02920

C. Additional Defendants: ______

IV. Statement of Claim

State here as briefly as possible the facts of your case. Discribe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. /Use as much space as you need. Attach extra sheet if necessary./

AFTER WRITTEN COMPLANTS WERE SENT to INMATE ACCOUNTS AND MR. MAROCCO A COMPLANT THAT MONEY WAS TAKEN OUT OF MY ACCOUNT FOR CO-PAYMENT OF MEDICAL PERSCRIPTIONS, WHEN A.C.I POLICY CLEARLY STATES THAT BECAUSE OF MY MEDICAL CONDITION I SHOULD NOT HAVE TO PAY UNDER THEIR OWN POLICY # 2.28-2 D.O.C.

V. Relief

State briefly exactly what you want the court to do for you.

Make no legal arguments. Cite no cases or statutes.

I WOULD LIKE THE ADULT CORRECTIONAL INSTITUTION to RETURN THE AMOUNT OF $134.50 THAT WAS UNLAWFULLY TAKEN FROM MY ACCOUNT AND IS STILL BEING ADDED to EACH MOUNT BEING TAKEN OUT OF MY ACCOUNT.

VI. NOTE: **Should you fail to execute and return this form within ten days from the date of mailing as recorded on pace 1, this Court will conclude you have abandoned your claim and will dismiss your petition.**

Signed this 20 day of July, ~~198~~ 2005

JOSEPH M. BOTELHO

PO Box 8274 CRANSTON, R.I 02920

x Joseph Botelho

/Signature of plaintiff or plaintiffs/

VERIFICATION

State of RHODE ISLAND )
)
County of PROVIDENCE )

Joseph M Botelho, being first duly sworn, under oath, says:/ that he is the plaintiff in this action and knows the contents of the above complaint; that it is true of his own knowledge, exceptas to those matters that are stated in it on his information and belief; and as to those matters, he believes them to be true.

x Joseph Botelho

/Signature of plaintiff

Subscribed and sworn to before

me this 20 day of July 2005.

~~198~~ .

[signature] Exp 3/31/09

/Notary Public or other person authorized by law to administer an oath/