UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Joseph Botelho, Pro Se

RE: CA 05-338S

Joseph Botelho v. A.T. Wall, et al

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 11 / 15 / 05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

xx 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

xx 8. Document violates Amended General Order 2002-01. Exhibits exceed the five page limit.

_____ 9. Other:_____

ENTER:

United States Magistrate Judge

Date: 11/17/05

cc: Counsel of Record

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Joseph Botelho, prose :

vs. : C.A. No.: 05-338S

A.T. Wall, Director of the Rhode :

Island Department of Corrections, "etal" :

# PlAINTIFFS Motion To AMend AND FOR EXTENSION of Time

~~Memorandum~~

Here Comes The Plaintiff in the above-entitled action and hereby Hear facts, Pursuant to Rule 12 of the Federal Rules of Procedure to object to Defendant's Assuming. Plaintiff submit that Defendants Motion To Dismiss is under an Assumption AN Not Facts of Travel. Under R.I.G.L. § 42-56-38 the Rhode Island Legislature has statutorily authorized the reimbursement of Costs incurred by the state for the care, custody and control of sentenced Offenders. To implement this cost reimbursement, the Department of Correction has established Policies By which inmates reimburse the department for "Certain Medical Services". WHEN a Co-payment is required under the Policy. THe Money is with drawn from the inmates account.