UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Joseph Botelho, Pro Se

vs. C.A. No. 05-338S

A T Wall, Director, RI Department of Corrections, "et al"

## MOTION FOR EXTENSION OF TIME

Now comes the plaintiff, Joseph Botelho, who due to his inability to adequately represent himself due to his incaration, indigency and mental health, requests a ninety day ( 90 day) extension to respond to State Defendant's MOTION TO DISMISS.

The Plaintiff is seeking counsel to represent him in this matter, and if forced to represent himself, needs an extension to perform research. The plaintiff is at a severe disadvantage due to medical disabilities that effects his ability to process instruction, present thoughts and claims and the ability to retain what he reads, making research a difficult task.

JOSEPH BOTELHO, PRO SE
Plaintiff
Box 8274
Cranston RI 02920-0274

CERTIFICATION
42 USCA 1746

I hereby certify that a true copy of this document was mailed to Defendant's attorney, KATHLEEN M KELLY, #5501, RI Dept. of Corrections, 40 Howard Ave. Cranston RI 02920 on this day the 23d of November, 2005.

JOSEPH BOTELHO, PRO SE
Plaintiff