UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

JOSEPH BOTELHO, Pro Se

vs.

C.A. # 338 S

A.T. WALL, DIRECTOR,
R I DEPT. OF CORRECTIONS, "ET AL"

MOTION TO APPOINT AN ATTORNEY

Now comes the plaintiff, JOSEPH M. BOTELHO, requesting an appointment of an attorney to represent the plaintiff in C.A. No. 05-338 S, which is pending before this court.

Due to present illness, and not being a member of the R.I. Bar, and being indigent and unable to hire a lawyer to represent himself, the plaintiff respectfully requests that an attorney be appointed to represent him.

Joseph Botelho
JOSEPH BOTELHO, Plaintiff
Box 8274 E LEft
Cranston RI 02920-0274

CERTIFICATION

42 USCA 1746

I hereby certify that a true copy of this document was mailed to defendant's attorney, KATHLEEN M. KELLY, #5501, R.I. Dept. of Corrections, 40 Howard Ave. Cranston RI 02920 on this 23d day of November, 2005.

Joseph Botelho
JOSEPH BOTELHO, PLAINTIFF
Box 8274 E Left
Cranston RI 02920-0274

David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette Dube
Chief Deputy

November 18, 2005

RECEIVED

NOV 28 2005

Property of U.S. District Court
District of Rhode Island

Richard Donovan, Clerk
United States Court of Appeals
One Courthouse Way
Boston, MA 02109

**Re: <u>D'Amario v. US</u>, C.A. No. 05-447S**

Dear Mr. Donovan:

Enclosed please find a Transfer Order entered by Chief U.S. District Judge Ernest C. Torres in the above-referenced matter transferring this case to the First Circuit Court of Appeals, along with the original file and a certified copy of the docket.

Please acknowledge receipt of the enclosed by signing a **copy** of this letter and returning back to this office.

Sincerely,

DAVID A. DiMARZIO
Clerk of Court

Alba-Sue Mercurio
Deputy Clerk

Enclosure: Certified Docket
Original file

Susan Pedro
05-2745

One Exchange Terrace • 119 Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 528-5100 • Fax: (401) 528-5112