UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH M. BOTELHO Pro-se :

VS. : CASE No. 05-338S

ASHBEL T. WALL II, et al. :

## MOTION FOR A PRELIMINARY INJUNCTION

[ F.R.C.P. Rule 65 (a) ]

Plaintiff, Joseph M. Botelho, Pro Se, moves this Honorable Court for a preliminary injunction in the above entitled cause injoining defendant Ashbel T. Wall II and his agents, servants, employees and attorneys, and those persons in active concert or participation with him from unlawfully interfering with access to the Court, and censorship and/or opening confidential legal mail without being present. From retaliation from my suit, which complains of prison medical Co-payments and official misconduct which requires that I have access to services and materials which would help process my legal matters from any retalitory measures or misconduct in the form of discipline.

The grounds in support of the motion are as follows: 1A discrimination under title I, 12/12 of the ADA and rehabilition Act, section 504, by precluding me from making $ 3.00 per day based solely on my disability through the unplenutation of prison Policy

1. Change in job title saying that this is no lite duty. When medical bottom bunk, your restricted to work in house unit, lite duty only.

2. Putting me in rooms with non-compatible room mates and not making room under the Medium Security, John Moran Facility, Rules and Regulations Inmate Guide Book.

3. False infractions to segrgate me for due process

4. Not giving me a law pass, then giving me one for only two weeks.

5. Calling me down to dispensary all the time at 7:ooP.M. when they know that I only go down there when my sugar is high and I need a diabetic shot.Not giving me my medication at the time I got my diabetic shot, and making me come back.

6. Not giving me my medical bottom slip or letting me live in A-Mod where it's closer to dispensary, if I bottom out.

7. Knowing my glucose numbers are high and not sending me to the doctor to get more insalin to regulate things. They want me to put in a slip then they will have to charge me.

Unless restrained, A.T. Wall and his agents, servants, employees, and attorneys and those acting in cincert with him will substantially imperle my due process rights.

Inmates and irreparable injury, loss, and damage will result to the Plaintiff by reason of threatened actions of the defendants, and this action and the aforementioned declaration of issues 1A to 7.

If this preliminary injunction is granted, the injury, if any, to the defendants should create no substancial harm or prejudice. Wherefore, if it is not, further retalitory conduct can only be expected and the plaintiff will be subjected to irreparable and irreversible harm.

The Plaintiff further requests that this Honorable Court review this action on the merits and that it be advanced and consolidated with the hearing of this motion for a preliminary injunction.

Respectfully submitted,

*Joseph M. Botelho Pro-se*

Joseph M. Botelho Pro Se
P.O. Box 8274
Cranston, R.I. 02920

**CERTIFICATION OF SERVICE**
**28 USC 1746**

I hereby certify that I, Joseph Botlho, mailed a true and correct copy of the motion for perliminary injunction by inter-departmental mail, postage paid, to Kathleen Kelly at the R.I. Department of Corrections, 40 Howard Avenue, Cranston, R.I. 02920, on the 23rd day of Febuary of 2006.

*Joseph M. Botelho Pro-se*

Joseph M. Botelho Pro Se
P.O. Box 8374
Cranston, R.I. 02920

cc:File