**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Joseph M. Botelho Pro-se :
:
**VS.** : **CASE No. 05-338S**

**ASHBEL T. WALL II, et al.**

**MOTION FOR RELIEF FROM FILING**
**SPECIFIED COPY AMOUNTS**

Now comes the Plaintiff who has filed a claim in the United States District Court. The Plaintiff is undigent and is an incarcerated inmate at the Adult Correctionall Institute in Cranston, Rhode Island. The Plaintiff respectfully requests that this Court allow that filings with this Court be made in duplcate. Consisting of an original and a copy.

The plaintiff is involved in challenging Medical C.O. Pays, which has drained my account, and copy costs and poatage are a big part of my medical prison pay, **see attached money ledger.** Inmates here at the prison are also responsible for alltheir personal hygene products, purchasing of all and tee-shirts, boxers shorts, and plastic ware.

If my expenses exceed my salury the costs of legal copies and postage go into a negative balence and if I can not afford basic needs, such as, soaps razors, ect., none are not supplied. Because I am working, I can not be considered indigent by Policy.

**WHEREFORE**, I pray that this Honorable Court will grant the within motion, or any other relief that this Court deems fit, so that the **Pro Se** inmate is not without his basic needs.

Respectfully submitted,

Joseph M Botelho Pro-se

Joseph Botelho Pro Se
P.O. Box 8274
Cranston, R.I. 02920

**CERTIFICATION OF SERVICE**
**28 USC 1746**

I, Joseph Botelho, hereby certify that I mailed a true and correct copy of the motion for relief from filingg specified copy amounts by interdepartmental mail, postage paid, to Kathleen Kelly, at the R.I. Department of Corrections, 40 Howard Avenue, Cranston,R.I. 02920, on the 23rd day of Febuary of 2006.

Joseph M. Botelho Pro-se

Joseph Botelho Pro Se
P.O. BOx 8274
Cranston, R.I. 02920