Rhode Island Department of Corrections

Inmate Account History

ID#: 71757

Name: BOTELHO, JOSEPH M

[redacted]

Location: MED - FMODR - 09B

| Balances as of 2/9/2006: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 1.41 | -93.95 | 165.47 | 72.93 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/28/2005 | <POSTAGE> | POSTAGE | -1.06 | 2.16 | 85.95 | 161.59 |
| 12/28/2005 | POSTAGE | POSTAGE | 1.06 | 2.16 | 87.01 | 161.59 |
| 1/5/2006 | <POSTAGE> | POSTAGE | -2.16 | 0.00 | 84.85 | 161.59 |
| 1/5/2006 | POSTAGE | POSTAGE | 4.75 | 0.00 | 89.60 | 161.59 |
| 1/11/2006 | LEGAL COPY | LEGAL COPIES MED 12/12/05 - 12/31/05 | 12.10 | 0.00 | 101.70 | 161.59 |
| 1/13/2006 | PAYROLL MED | PORTER | 15.50 | 11.62 | 101.70 | 165.47 |
| 1/13/2006 | <MEDICAL> | Payment for MEDICAL on 2005-11-10-12.13. | -7.75 | 3.87 | 93.95 | 165.47 |
| 2/1/2006 | <POSTAGE> | POSTAGE | -1.83 | 2.04 | 92.12 | 165.47 |
| 2/1/2006 | POSTAGE | POSTAGE | 1.83 | 2.04 | 93.95 | 165.47 |
| 2/8/2006 | <POSTAGE> | POSTAGE | -0.63 | 1.41 | 93.32 | 165.47 |
| 2/8/2006 | POSTAGE | POSTAGE | 0.63 | 1.41 | 93.95 | 165.47 |

Due to computer posting the 'Balances as of 2/9/2006' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Rhode Island Departement of Corrections

Inmate Statment for 11/30/2005 - 12/31/2005

ID#: 71757

Name: BOTELHO, JOSEPH M

[redacted]

Location: MED - SEG - 23B

Balances as of 12/31/2005 :

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 2.16 | -87.01 | 161.59 | 76.74 |

Account activity:

| Date | Transaction Type | Transaction Description | Amount | Resulting Balances: Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 12/2/2005 | CHECK TRANSFER | US DIST CT/JOSEPH M. BOTELHO #71757 | -3.10 | -3.10 | 87.86 | 161.06 |
| 12/2/2005 | | TRANS INACTIVE/COURT | -3.10 | 0.00 | 87.86 | 157.96 |
| 12/2/2005 | LEGAL COPY | LEGAL COPIES 11/08 TO 11/21 MED | 0.40 | 0.00 | 88.26 | 157.96 |
| 12/5/2005 | MEDICAL | MEDFURL MED 11-07-2005 | 6.00 | 0.00 | 94.26 | 157.96 |
| 12/15/2005 | PAYROLL MED | PORTER | 6.50 | 4.87 | 94.26 | 159.59 |
| 12/15/2005 | PAYROLL MED | PORTER | 8.00 | 10.87 | 94.26 | 161.59 |
| 12/15/2005 | <MEDICAL> | Payment for MEDICAL on 2005-11-10-12.13. | -3.25 | 7.62 | 91.01 | 161.59 |
| 12/15/2005 | <MEDICAL> | Payment for MEDICAL on 2005-11-10-12.13. | -4.00 | 3.62 | 87.01 | 161.59 |
| 12/22/2005 | LEGAL COPY | LEGAL COPIES | 0.40 | 3.62 | 87.41 | 161.59 |
| 12/22/2005 | <LEGAL COPY> | LEGAL COPIES | -0.40 | 3.22 | 87.01 | 161.59 |
| 12/28/2005 | <POSTAGE> | POSTAGE | -1.06 | 2.16 | 85.95 | 161.59 |
| 12/28/2005 | POSTAGE | POSTAGE | 1.06 | 2.16 | 87.01 | 161.59 |

Due to computer posting the 'Balances as of 12/31/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Rhode Island Department of Corrections

Inmate Statment for 10/31/2005 - 11/30/2005

EL-3B

ID#: 71757

Name: BOTELHO, JOSEPH M

[redacted]

Location: MED - EMODL - 03B

| Balances as of 11/30/2005 : | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 0.00 | -87.86 | 161.06 | 73.20 |

Account activity:

| Date | Transaction Type | Transaction Description | Amount | Resulting Balances: Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 11/7/2005 | LEGAL COPY | LEGAL COPY 10-11 TO 10-24 | 1.70 | 0.00 | 15.98 | 157.18 |
| 11/10/2005 | MEDICAL | VIS MED 10-31-2005 | 60.00 | 0.00 | 75.98 | 157.18 |
| 11/15/2005 | PAYROLL MED | PORTER | 15.50 | 11.62 | 75.98 | 161.06 |
| 11/15/2005 | <MEDICAL> | Payment for MEDICAL on 2005-11-10-12.13. | -7.75 | 3.87 | 68.23 | 161.06 |
| 11/15/2005 | <POSTAGE> | POSTAGE | -3.25 | 0.62 | 64.98 | 161.06 |
| 11/15/2005 | POSTAGE | POSTAGE | 3.25 | 0.62 | 68.23 | 161.06 |
| 11/23/2005 | <LEGAL COPY> | LEGAL | -0.62 | 0.00 | 67.61 | 161.06 |
| 11/23/2005 | LEGAL COPY | LEGAL | 20.25 | 0.00 | 87.86 | 161.06 |

Due to computer posting the 'Balances as of 11/30/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Rhode Island Departement of Corrections

Inmate Statment for 9/30/2005 - 10/31/2005

ID#: 71757

Name: BOTELHO, JOSEPH M

[redacted]

Location: MED - DMODL - 14B

| Balances as of 10/31/2005 : | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 0.00 | 14.28 | 157.18 | 142.90 |

Account activity:

| Date | Transaction Type | Transaction Description | Amount | Resulting Balances: Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 10/4/2005 | EPR | OID:100470662-ComisaryPurch-Reg | -15.97 | 0.24 | 0.00 | 185.05 |
| 10/6/2005 | <POSTAGE> | POSTAGE | -0.24 | 0.00 | 0.24 | 185.05 |
| 10/6/2005 | POSTAGE | POSTAGE | 2.44 | 0.00 | 2.20 | 185.05 |
| 10/11/2005 | LEGAL COPY | MED LEGAL COPIES 9-13 TO 9-26 | 16.15 | 0.00 | 18.35 | 185.05 |
| 10/14/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2005-10-11-13 | -4.25 | -4.25 | 14.10 | 185.05 |
| 10/[illegible]/2005 | PAYROLL MED | PORTER | 8.50 | 2.12 | 14.10 | 187.18 |
| 10/18/2005 | ERF | OID:100467447-ComisaryRefund-Reg | 11.10 | 13.22 | 14.10 | 187.18 |
| 10/25/2005 | EPR | OID:100477141-ComisaryPurch-Reg | -11.00 | 2.22 | 14.10 | 187.18 |
| 10/25/2005 | CHECK TRANSFER | U.S. DIST CT/JOSEPH M.BOTELHO #71757 | -30.00 | -27.78 | 14.10 | 187.18 |
| 10/25/2005 | | TRANS INACTIVE/COURT | -30.00 | 2.22 | 14.10 | 157.18 |
| 10/26/2005 | LEGAL COPY | LEGAL COPIES 9-27 TO 10-10 MED | 2.40 | 2.22 | 16.50 | 157.18 |
| 10/26/2005 | <LEGAL COPY> | LEGAL COPIES 9-27 TO 10-10 MED | -2.22 | 0.00 | 14.28 | 157.18 |

White - [illegible] Dept. [illegible] Coord.: Canary - Warden: Pink - Inmate: Goldenrod - Inmate

Due to computer posting the 'Balances as of 10/31/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.