UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH M. BOTELHO pro-se
VS
ASHBEL T. WALL DIRECTOR
RHODE ISLAND DEPARTMENT OF
CORRECTIONS ET. AL.

C.A. 05-338 No.

FILED
FEB 23 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

"Motion For Extension Of Time"

Now comes the Plaintiff who is acting Pro-se, who based on his indigent status and restrections of his incarrection request that I may receive a thirty day extension in which to respond to the report and recommendation of February 16, 2006 in relation to the above case number.

Wherefore, I pray this Honorable Court for the werementioned reasons grant this motion.

Joseph M. Botelho

JOSEPH M. BOTELHO Pro-se

P.O. Box 8274
Cranston R.I. 02920

**CERTIFICATION**

I hereby certify that on the 20th day of February, 2006, a true copy of the within document was maild, inter-department mail, postage-paid, to Kathleen Kelly R.I. Department of Corrections, 40 Howard Avenue, Cranston, RI 02920

Joseph M. Botelho

**ORDER**

**GRANTED. Plaintiff shall file his response, if any, on or before March 23, 2006.**

**Jacob Hgopian**
**Senior U.S. Magistrate Judge**
**Date: February 28, 2006**

HAGOPIAN

2/23/06