FILED

FEB 27 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Joseph M. Botelho Pro-se :

VS. : CASE No. 05-338S

ASHBEL T. WALL II, et al. :

## MOTION FOR RELIEF FROM FILING SPECIFIED COPY AMOUNTS

Now comes the Plaintiff who has filed a claim in the United States District Court. The Plaintiff is undigent and is an incarcerated inmate at the Adult Correctionall Institute in Cranston, Rhode Island. The Plaintiff respectfully requests that this Court allow that filings with this Court be made in duplcate. Consisting of an original and a copy.

The plaintiff is involved in challenging Medical C.O. Pays, which has drained my account, and copy costs and poatage are a big part of my medical prison pay, **see attached money ledger.** Inmates here at the prison are also responsible for alltheir personal hygene products, purchasing of all and tee-shirts, boxers shorts, and plastic ware.

If my expenses exceed my salury the costs of legal copies and postage go into a negative balence and if I can not afford basic needs, such as, soaps razors, ect., none are not supplied. Because I am working, I can not be considered indigent by Policy.

**ORDER**

**GRANTED.** Plaintiff may only file an original and one copy.

[signature]

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: March 7, 2006

Referred to U.S.M.J. Hagopian
for findings & recommendation
✓ for determination

William E. Smith, U.S. District Judge
Date 2/27/06