United States District Court
For The District Of Rhode Island

Joseph Botelho,pro se

V. C.A. No. 05-338S

A.T. Wall, Director Of Rhode
Island Department Of Corrections,
And The Rhode Island Dept. Of
Corrections,et, al.

Plaintiffs Objections To Senior U.S. Magistrates Report
And Recommendations.

Now comes the plaintiff pro-se in the above entitled matter, And hereby objects to the senior U.S. Magistrates report and recommendation an for the reasons preferred in the accompanying memorandum of law in support thereof.

Respectfully Submitted

Joseph M. Botelho Pro-se

Joseph Botelho
P.O. box 8274
Cranston, R.I. 02920

Certification Of Service

I the undersigned hereby certify that I have mailed a true copy of the motion to the defendants attorney Kathleen M. Kelly at R.I. Dept. of Corr., on the 9th day of March, 2006.

United States District Court
For The District Of Rhode Island

Joseph Botelho, pro se

V. C.A. No. 05-3385

A.T. Wall, Director Of Rhode island Department Of Corrections, And The Rhode Island Dept. Of Corrections, et, al.

Memorandum Of Law

Plaintiff asserts to this honorable court, that, after reviewing the U.S. Magistrates report and recommendation, and discussing legal claims with the A.C.I. legitimate law clerk, plaintiff would agree with U.S. Magistrates report and recommendation to the extent that he be allowed to voluntarily dismiss this matter to refile in State Court.

However,

PLaintiff further asserts that he would request that the case be voluntarily dismissed without prejudice to refile in State Court. In light of the fact, that, plaintiff had filed suit in this honorable court via the ill-mannered assistance of a so:called trained law clerk.

Wherefore,

Plaintiff would pray that for the reasons proferred herein he be allowed to voluntarily dismiss this matter without prejudice to refile in State Court forthwith.

Respectfully Submitted

Joseph Botelho Pro-se

Joseph Botelho
P.O. Box 8274
Cranston, R.I. 02920