UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 14 2006
Property of U.S. District Court
District of Rhode Island

JOSEPH M. BOTELHO Pro-se
VS.
ASHBEL T. WALL DIRECTOR
RHODE ISLAND DEPARTMENT OF
CORRECTIONS ET. AL.

C.A. NO. 05-338

## "MOTION FOR EXTENSION OF TIME"

Now comes the Plaintiff who is acting Pro-se, who based on his indigent status and restrections of his incarrection request that I may receive a thirty day extension in which to respond to DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR PRELIMINARY IN-JUNCTION of 28th day of February,2006. in relation to the above case number.

Wherefore, I pray this Honorable Court for the were mentioned reason grant this motion

JOSEPH M. BOTELHO
Joseph M. Botelho
P.O. BOX 8274
Cranston R.I. 0292

## CERTIFICATION

I hereby certify that on the 8th day of March, 2006, a true copy of the within document was mailed, inter-department mail, postage-paid, to Kathleen Kelly R.I. Department of Corrections, 40 Howard Avenue, Cranston, R.I. 02920.

Joseph M. Botelho

Denied as Moot
WMM
USDJ
3/16/06