IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH M. BOTELHO Pro se

v

C.A. No. 05-338S

A.T.WALL, DIRECTOR OF RHODE ISLAND DEPT. OF CORRECTIONS /

## RESPONSE TO DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Now comes the Plaintiff in the above entitled matter objects to Plaintiff's request for preliminary injunction and states as following the Plaintiff in this matter is the cause directly from Defendant's Interference with his constitutional rights to access to the courts Lewis v Casey, 518 U.S. 343 (1996) Due to Defendant's Policy and practice at the Adult Correctional Institution, Cranston, R.I. (SEE EXHIBIT A) POlicy 25.01 D.O.C. Institutional, Library 13.03 Access to courts and the Plaintiff submits the following:

1. Library is to small--floor space, tables.
2. Noise level-high, Law library and Reading Library combined.
3. Copies 5¢ each-R.I. Constitution Justice is FREE.

Article 1, § 5 of the Rhode Island Constitution states:
Every person within this State ought to find a certain remedy, by having recourse to the laws, for all injuries or wrongs which may be received in ones' person, property, or character. Every person ought to obtain right and justice freely, and without purchase, completely and without denial; promptly and without delay; conformably to the laws.

4. Not getting the full month on my extra time on my library pass, see exhibit B.
5. Limited hours of 2 hours, 30 minutes a day at law library time without pass.
6. To small a library creates tension and causes undue stress.
7. ONLY 4 typewriters for 888 inmates.
8. Out dated law books--1999 last up to date F.Supp., F.2d., F.3d, Led 2d.
9. Cases can not be effectively reviewed in law library current environment.
10. Request for updated legal materials cost 5¢ a page up to and beyond 10 days waiting period for materials. See exhibit c.
11. Bookings to unsupported disciplinary actions for presenting legal claims to court. See exhibit D.
12. The D.O.C. Health care services knows of my conditions:Hepatitis C and Diabetes. See exhibit D.
13. Refused medical records, Mel White, RN WANTS ME to sign highlighted area, without me receiving anything. See exhibit E.

14. The D.O.C. refuses to give me anything about my downgrade at Classification Board as to tapes also and my parole tapes. See exhibit F. Tries to take my parole I've also been paroled since Jan. 2005 for Jan. 2006 and I'm still here.

Plaintiff submits the finacial burden placed on him due to his medical condition, combined with the above mentioned reasons and additional costs, prevent him from obtaining medical care and to further his legal avenues for correcting the unfair treatment brought on by the Defendants' actions and practices.

Therefore, I pray this Honorable Court for the above mentioned reasons grant Plaintiff's motion for preliminary injunction.

Respectfully submitted,

Joseph M Botelho Pro-se

JOSEPH M. BOTELHO, Pro se
P.O.Box 8274
Cranston, RI 02920

**CERTIFICATION**

I hereby certify that on the 16th day of March 2006, a true copy of the within document was mailed Inter-Departmental mail to Kathleen M. Kelly, Esq., R.I. Dept. of Corrections, 40 Howard Avenue, Cranston, RI 02920.

Joseph M Botelho Pro-se

JOSEPH M. BOTELHO