(EXHibiT B)

[redacted]

# MEDIUM SECURITY REQUEST SLIP

- [ ] CHAPLAIN
- [ ] JOB
- [ ] WAREHOUSE
- [x] EDUCATION
- [ ] RECREATION
- [ ] CELL CHANGE
- [ ] OTHER:
- [ ] HAIRCUT

FROM: Joseph M. Botelho ID#: 71757

MOD-CELL: EL-3-D JOB: —

TO: [redacted] DATE: WED. Dec 14, 2005

2 Weeks

- [ ] MISSED HAIRCUT APPOINTMENT

☑ APPROVED

Resubmit After: 1-3-06

REASON: after giving you two request forms one through mail box with out case # and the other personally with case # [redacted] I would like to give

REPLY: you this one personally also CASE # 05-3388 I only HAVE 30 more DAY[redacted] MY Motion. AND CAN THEY [redacted] Copy Machine fixed that really ma[redacted] Due Process.

SIGNATURES: Officer (Required) [redacted]

LtK.H\doc\form\Request Slip.11/02-1

10 Days

[redacted]