UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH M. BOTELHO<br><br>        Plaintiff,<br><br>v.<br><br>ASHBEL T. WALL, Director,<br>Rhode Island Department of<br>Corrections<br><br>        Defendant. | C.A. No. 05-338S |

### ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on February 16, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant's motion to dismiss pursuant to Fed.R.Civ.P.12(b)(1) is DENIED. Defendant's motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) is GRANTED and Plaintiff's objections are DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 3/28/06