UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH M. BOTELHO

Plaintiff,

v. C.A. No. 05-338S

ASHBEL T. WALL, Director, Rhode Island Department of Corrections

Defendant.

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on February 16, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant's motion to dismiss pursuant to Fed.R.Civ.P.12(b)(1) is DENIED. Defendant's motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) is GRANTED and Plaintiff's objections are DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 3/28/06