AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSEPH M. BOTELHO

V.

ASHBEL T. WALL, Director, Rhode Island Department of Corrections

## JUDGMENT IN A CIVIL CASE

Case Number: C.A. NO. 05-338S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT, ASHBEL T. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS, AGAINST PLAINTIFF, JOSEPH M. BOTELHO, PURSUANT TO AN ORDER DATED MARCH 28, 2006 ADOPTING MAGISTRATE JUDGE JACOB HAGOPIAN'S REPORT AND RECOMMENDATION GRANTING DEFENDANT'S MOTION TO DISMISS.**

March 29, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk