UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Plaintiff,
Joseph M Botelho
Pro-se

File No# CA NO. 05-338S

NOTICE OF APPEAL

Defendant,
Ashbel T. WALL
Director, Rhode Island
Department of Corrections

Notice is hereby given that Joseph M. Botelho Prose, (plaintiff) in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Order entered in this action on the 27th day of MARCH, 2006.

Date: 4/5/06

Joseph M. Botelho
Pro-Se

P.O. Box 8274
Medium Security Unit #1
Cranston, R.I. 02920

CERTIFICATION

I hereby Certify that ON The 5th DAY of April, 2006, A True Copy of the withiN Document WAS Mailed, iNter-department mail, To Kathleen Kelly Rhode Island Department of Corrections, 40 Howard Avenue, Cranston RI 02920

Joseph M Botelho