UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

April 11, 2006

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **Joseph M. Botelho v. Ashbel T. Wall**
**CA05-338S**

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen Baldinelli

*Doreen L. Baldinelli*
DEPUTY CLERK

ENC: Certified Docket, Notice of Appeal, Court File

George Ixelas 4/17/06
COA# 06-1642