05-338
USDC/R.I.
Smith, W.

# United States Court of Appeals
## For the First Circuit

# MANDATE

No. 06-1642

JOSEPH M. BOTELHO,

Plaintiff, Appellant,

v.

ASHBEL T. WALL, II, DIRECTOR,
RHODE ISLAND DEPARTMENT OF CORRECTIONS,

Defendant, Appellee.

Before

Boudin, Chief Judge,
Selya and Stahl, Senior Circuit Judges.

**JUDGMENT**
**Entered: March 12, 2007**

After carefully considering the briefs and record on appeal, we affirm for substantially the reasons given by the district court. Among other considerations, the appellant did not establish the abridgment of any federally protected interest. Herwins v. City of Revere, 163 F.3d 15, 19 (1st Cir. 1998); Taylor v. Rhode Island, 101 F.3d 780, 783 (1st Cir. 1996).

Affirmed. 1st Cir. Loc. r. 27.0(c).

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/2/07

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

[cc: Joseph M. Botelho, Kathleen M. Kelly, Esq.]